# MOTION SEEKING PRELIMINARY INJUNCTIVE RELIEF

Pursuant to [17 U.S.C section 503(a)(1), 511(b)] "At any time while an infringement action is pending, the court may order the impounding on such terms as it may deem reasonable of,,,

(1) all copies or phonorecords claimed to have been made or used in violation of the exclusive right of the copyright owner;

(2) All plates, molds, matrices, masters, tapes, film negatives or other articles by means of which such copies or phonorecords may be reproduced; and

(3) records documenting the manufacture, sale, or reciept of things involved in any of the violation, provided that any records seized must be taken into the custody of the court [17 U.S.C § 503(a)(1), 511(b)]...

For all the reasons stated in the statement of facts, and the complaint, plaintiff request the preliminary injunctive relief cited in the aforementioned paragraph, as the impounding of the master recording ("Masters") will assist in obtaining a speedy and timely outcome. As the "Masters" digital files will attest to the fact that plaintiff and Frank Marion Jones first fixed and embodied "Hit 'Lo Brimin", recording, into a tangible medium/form.

Plaintiff requests that this court order the impounding thereof, from "Lord Down Muzik, Inc," "Crime Lab Musik Group," "L.A. Bangers," "All Buzz Productions," "Roblox," or "Kandyman Productions," the master recordings, to "Hit Lo Brimin", and all film negatives that were filmed to contribute to audio visual works/video

(1)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-086-798**

**Effective Date of Registration:**
September 09, 2016

## Title

**Title of Work:** Hit Yo Brimin

**Nature of Claim:** Music and audiovisual work and words

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 26, 2013

## Author

- **Author:** LaMonte Sims
  **Pseudonym:** Duse M$
  **Author Created:** Words and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1978
  **Pseudonymous:** Yes

- **Author:** Frank Jones
  **Pseudonym:** Fingaz
  **Author Created:** Coauthor of music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** LaMonte Sims
12882 Brookdale Street, Victorville, CA, 92392

## Limitation of copyright claim

**Material excluded from this claim:** THE SONG CONTAINS INTERPOLATIONS OF WHOKIDWOODY "HIT YO RICKY"

**Previously registered:** No

Page 1 of 2

Date\Time: 3/28/2019 2:59:15 PM  Case 2:19-cv-04429-UA   Document 1-4   Filed 05/22/19   Page 3 of 12   Page ID #:48
Institution: KVSP

Exhibit N

CDCR

Verified: _____

Inmate Statement Report

To:

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AP1326 | SIMS, LAMONTE | KVSP | B 004 1 | 104001 |

Current Available Balance: $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2016 | COR | BEGINNING BALANCE | | | | $0.00 |
| 02/10/2016 | COR | JPAY | 0000000055171750 | | $100.00 | $100.00 |
| 02/12/2016 | COR | MEDICAL COPAY | #2980 DENTAL | | ($5.00) | $95.00 |
| 03/02/2016 | COR | SALES | 7 | | ($54.30) | $40.70 |
| 03/10/2016 | COR | LEGAL MAIL | #3016 | | ($2.85) | $37.85 |
| 03/17/2016 | COR | SALES | 59 | | ($37.85) | $0.00 |
| 05/23/2016 | KVSP | JPAY | 0000000059101850 | | $48.00 | $48.00 |
| 06/02/2016 | KVSP | JPAY | 0000000059456992 | | $89.00 | $137.00 |
| 06/07/2016 | KVSP | SALES | 34 | | ($115.70) | $21.30 |
| 06/17/2016 | KVSP | SALES | 17 | | ($7.00) | $14.30 |
| 07/07/2016 | KVSP | SALES | 22 | | ($14.30) | $0.00 |
| 07/16/2016 | KVSP | JPAY | 0000000061080837 | | $90.00 | $90.00 |
| 07/16/2016 | KVSP | LEGAL COPY | LCOPY7/12/16E7/15/16 | | ($27.30) | $62.70 |
| 07/16/2016 | KVSP | JPAY | 0000000061080848 | | $80.00 | $142.70 |
| 07/16/2016 | KVSP | JPAY | 0000000061080854 | | $70.00 | $212.70 |
| 07/16/2016 | KVSP | JPAY | 0000000061080863 | | $60.00 | $272.70 |
| 07/26/2016 | KVSP | LEGAL MAIL | LMAIL7/19/16E7/26/16 | | ($7.35) | $265.35 |
| 08/01/2016 | KVSP | JPAY | 0000000061599670 | | $90.00 | $355.35 |
| 08/01/2016 | KVSP | JPAY | 0000000061599692 | | $80.00 | $435.35 |
| 08/01/2016 | KVSP | JPAY | 0000000061599711 | | $70.00 | $505.35 |
| 08/01/2016 | KVSP | JPAY | 0000000061599788 | | $60.00 | $565.35 |
| 08/02/2016 | KVSP | SALES | 12 | | ($213.45) | $351.90 |
| 08/12/2016 | KVSP | INMATE VOLUNTARY WITHDRAWAL | TWO8/3/16 DEBT. | 734005 | ($200.00) | $151.90 |
| 08/15/2016 | KVSP | JPAY | 0000000062140305 | Shanna Grismore | $90.00 | $241.90 |
| 08/15/2016 | KVSP | JPAY | 0000000062140323 | | $80.00 | $321.90 |
| 08/15/2016 | KVSP | JPAY | 0000000062140336 | | $70.00 | $391.90 |
| 08/16/2016 | KVSP | JPAY | 0000000062153248 | | $40.00 | $431.90 |
| 08/18/2016 | KVSP | GROUP TRANSFER OUT | EPF/FS/B5 | | ($84.70) | $347.20 |
| 08/30/2016 | KVSP | INMATE VOLUNTARY WITHDRAWAL | TWO8/16/16 BILLS | 734107 | ($300.00) | $47.20 |
| | | SALES | 43 | Shanna Grismore | ($47.20) | $0.00 |
| | | KEEFE | 1870523R | | $90.00 | $90.00 |
| | | SALES | 73 | | ($90.00) | $0.00 |
| | | KEEFE | 1931967R | | $40.00 | $40.00 |

2

## Declaration Of Statement

I am Lo'Monte Deshawn Sims, the President of Thugtorious G's and Active Chuckss Entertainment, and the Plaintiff in Pro-Se in this complaint. I have stated all of the facts truthfully and to the best of my recollection. The purpose for which the subpoena is sought is to obtain the identity of an infringer and that such information will only be used for the purpose of protecting rights under this title.

I declare under penalty of perjury ~~that~~ I've stated the facts truthfully and to the best of my recollection. I do sign and date of my own voilition.

_____   3/31/19
Plaintiff in Pro-Se              Date

(I)

STATE OF CALIFORNIA            COUNTY OF KERN

## VERIFICATION

C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 17460

I **LaMonte Peshawn Sims Sr.** declare under penalty of perjury that: I am the **Plaintiff** in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **30** day of **April**, 2019, Kern Valley State Prison.

Signature _____
DECLARANT/PRISONER

---

## PROOF OF SEVICE BY MAIL

C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746

I **LaMonte Peshawn Sims Sr**, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and (am)/am not a party of the above entitled action. My state prison address is: P.O. Box 5**102**, Delano, CA. 93216.

On _____, 2019, I served the foregoing **Complaint for Copyright Infringement and Unfair competition; Motion for Preliminary Injunctive Relief; Summons; Subpoena requesting Service Provider identify alleged copyright infringer; Motion for Appointment of Counsel;**

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.

**Amazon.com, Inc; et. al ; United States District Court in the Central District of California.**

List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **5/8/2019**

_____
DECLARANT/PRISONER

(Proposed) Subpoena Requesting ~~Information~~ Service Provider indentify alleged Copyright Infringer.

As necessary for an expedient resolution in the copyright infringement complaint, Plaintiff's request ~~information~~ for subpoena to service provider (defendant) _____ to identify alleged copyright infringer "D.G.A.F. Records", and/or "DJ Bang Dat", or user account who published "Bang Dat Volume 3 (Various Artist), upon it's server, is granted. Defendant shall provide the requested information within (30) days, of this Clerk's signature.

_____   _____
Clerk of the court                Date

(I)

LAMONTE SIMS #AP1326
Kern Valley State Prison (B4 #104)
PO BOX 5102
Delano, Ca, 93216







Legal Mail

C V

ATTN: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 180
LA, CA, 90012



```
 1
 2
 3
 4
 5
 6              UNITED STATES DISTRICT COURTS FOR
 7         THE CENTRAL DISTRICT OF CALIFORNIA
 8            CIVIL ACTION .FILE NUMBER:
 9                    LACV1904429-UA
10    THUGTORIOUS G'S/ACTIVECHUCKSSENT.)SUMMONS
11                    Plaintiff      )
12                V                  )
13    AMAZON.COM,INC.,et AL,         )
14                    Defendant.     )
15
16   To the above named defendant:
17
18   You are hereby summoned and required to serve upon
19   LaMonte Deshawn Sims(Thugtorious G's/ActiveChuckssEnt  CEO,
20   (in pro se) whose address is Kern Valley State Prison B4
21   cell#104. POBox 5102, Deland, Ca, 93216, and answer to the
22   complaint which is herewith served upon you, within 20 days a
23   after service of this summons upon you, exclusive of the day
24   of service  If you fail to do so, judgement by default will b
25   e taken against you for the relief demanded in the complaint
26   _____ clerk of the court
27   _____ seal of the U S district court
28   _____ dated
```

1 La'Monte Sims (Petitioner in Pro se)
2 Kern Valley State Prison (B4-104)
3 P.O. BOX 5102
4 Delano Ca, 93216
5 CDC# AP1326

LACV1904429 U T

LODGED
CLERK, U.S. DISTRICT COURT
MAY 22 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 LAMONTE SIMS SR/THUGTORIOUS G-S/ACTIVECHUCKS5.COM) CASE NO:
11                                    Plaintiff
12                V.                                          [MOTION FOR APPOINTMENT OF COUNSEL]
13 AMAZON.COM, et. al
14                                    Defendant(s)
15

16 I) MOTION FOR APPOINTMENT OF COUNSEL
17   Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing
18 counsel to represent him in this case. In support of this motion, plaintiff states
19 under penalty of perjury:
20   1. Plaintiff is unable to afford counsel, he is indigent and incarcerated
21   2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues
22 involved in this case are complex, for a layman litigant and will require significant
23 research and investigation, including international copyright law, such as the
24 Wipo copyright treaty and the Berne convention. Plaintiff prosecution will be
25 hindered by limited access to Law Library, legal materials and no internet access.
26   3. A trial in this case will likely involve conflicting testimony, and counsel
27 would better enable plaintiff to present evidence and cross examination of
28 and investigation of witnesses's.

(1)

4. The plaintiff expects an amendment to the complaint adding up to 190 more defendants to this complaint.

5. Plaintiff has made repeated efforts to obtain counsel on a contingency basis.

Wherefore, plaintiff request that the court appoint a member of the _____ bar, as counsel

Plaintiff declares under penalty of perjury that all of the aforementioned was stated truthfully and to the best of my recollection.

_LaMonte Sims Sr._   3/31/19
                      Date

(2)

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Thugtorious G's-ActiveChuckss.com-LaMonte-Sims.

**DEFENDANTS** AMAZON.COM, et.al.

**(b)** County of Residence of First Listed Plaintiff: Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Seattle
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* In Pro Se
Kern Valley State Prison (B5104)
P.O. Box 5104
Delano, Ca, 93216

Attorneys *(If Known)* Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 17 U.S.C. § 502
Brief description of cause: Unauthorized deliberate copyright infringement

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 19,000,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE: Stephen V. Wilson
DOCKET NUMBER: 2:17-CV-09232-SVW-FFM

DATE: 4/19
SIGNATURE OF ATTORNEY OF RECORD: In Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

LACV19 04429 - UA