**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Thugtorious Gs Activechuckss | | CASE NUMBER |
| v. | PLAINTIFF(S) | 2:19-cv-04429 PA (JEMx) |
| Amazon.com et al | | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| | DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

~~TRANSFER ORDER DECLINED~~

_____     _____
Date                          United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Judicial economy would not be served by a transfer of this case. The Court sua sponte dismissed the low-numbered case because the Complaint failed to comply with Rule 8 and for failing to state a coherent claim for relief pursuant to Rule 12(b)(6). The Court did not reach the substance of Plaintiff's allegations or the merits of Plaintiff's claims, and therefore the Court has exerted little effort and has expended few resources in the case to date.

_____     Stephen V. Wilson  /s/ Stephen V. Wilson
Date                          United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:17-cv-09232 SVW (FFMx)  and the present case:

[✓] A.  Arise from the same or closely related transactions, happenings or events; or
[✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
[✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ ) after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

~~TRANSFER ORDER DECLINED~~

cc: [ ] *Previous Judge*    [ ] *Statistics Clerk*