UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUGTORIOUS G's - ACTIVECHUCKSS, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, et al., <br><br> Defendants. | Case No. CV 19-4429 PA (JEMx) <br><br> JUDGMENT OF DISMISSAL |

In accordance with the Court's December 17, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE